IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MATTHEW A. ST. JOHN,

      Plaintiff,

vs.                          No. CIV-08-0994 BB/LAM

DAVID McCOLLEY and
THE SIX UNKNOWN OFFICERS OF THE
ALAMOGORDO DEPARTMENT OF PUBLIC
SAFETY, each in their individual capacities,

      Defendants.

### ORDER ADOPTING ATTORNEYS' JOINT STATUS REPORT AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a *Rule 16 scheduling conference* on December 4, 2008. Following a review of the attorneys' Joint Status Report and Provisional Discovery Plan filed **November 20, 2008**, the Court **adopts** the attorneys' Joint Status Report and Provisional Discovery Plan **as modified** by the dates designated in the Scheduling Order. The Court **further modifies** the Joint Status Report and Provisional Discovery Plan to include that the depositions of the parties and experts will be limited to **seven (7) hours** per deposition **unless extended by agreement of all the parties** and limited the depositions to **six (6) per side.**

      IT IS SO ORDERED.

                                    */s/ Lourdes A. Martínez*
                                    **LOURDES A. MARTÍNEZ**
                                    **UNITED STATES MAGISTRATE JUDGE**