IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MATTHEW A. ST. JOHN,

    Plaintiff,

vs.                                                                                        Cause No. CIV 08-0994 BB/LAM

DAVID McCOLLEY and
THE SIX UNKNOWN OFFICERS OF THE
ALAMOGORDO DEPARTMENT OF PUBLIC
SAFETY, each in their individual capacities,

    Defendants.

## STIPULATION OF DISMISSAL

**COME NOW** the parties, by and through their attorneys, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate that all issues and claims between the parties have been resolved.

The parties further stipulate that upon full payment of the settlement, the parties will execute all necessary liability releases. Each party will pay its own attorneys' fees and costs not specifically addressed in the Release and Settlement Agreement executed by the parties.

The parties stipulate that this cause is dismissed with prejudice.

                                  Respectfully submitted,

                                  JOHN R. HAKANSON, P.C.

            By:     *Electronic Approval 09/22/09*
                      Miguel Garcia
                      307 E. Eleventh Street
                      Alamogordo, NM 88310
                      (575) 437-2874
                      **Attorneys for Plaintiffs**

BRENNAN & SULLIVAN, P.A.

By: ___/s/ Christina L.G. Brennan_____
James P. Sullivan
Christina L.G. Brennan
128 East DeVargas
Santa Fe, NM  87501
(505) 995-8514
**Attorneys for Defendants**